UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>THE BLACK & DECKER CORPORATION,  )<br>BLACK & DECKER, INC., BLACK & DECKER )<br>(U.S.) INC., EMHART CORPORATION, and  )<br>EMHART INDUSTRIES, INC.,  )<br>  )<br>Defendants.  )<br>  ) | CIVIL ACTION<br>NO. 96-10804-DPW<br>NO. 1:04-CV-10673-DPW<br>   (New York City Landfill Sites) |

**ASSENTED TO MOTION FOR LEAVE TO FILE UNDER SEAL
CERTAIN BLACK & DECKER FILINGS CONCERNING
ITS MOTION FOR PARTIAL SUMMARY JUDGMENT
REGARDING THE NEW YORK CITY LANDFILL SITES**

Black & Decker, with the assent of Liberty Mutual, moves, pursuant to Local Rule 7.2, for leave to file under seal Black & Decker's Supplemental Memorandum In Support Of Its Motion For Partial Summary Judgment Regarding The New York City Landfill Sites, the Appendix to said memorandum and the Statement of Material Facts As To Which There Is No Genuine Dispute in support of the summary judgment motion. Said filings contain or refer to confidential documents produced by the parties pursuant to protective orders designed to ensure the confidentiality of said documents. Pursuant to Local Rule 7.2, Black & Decker requests that this Court enter an Order authorizing the sealing of the memorandum, appendix and statement of facts, filed in connection with its summary judgment motion.

Black & Decker also requests that the Court maintain said documents under seal until this action is closed and, thereafter, that said documents be returned to counsel.

By their attorneys,

| | |
|---|---|
| Dated: November 10, 2004 | /s/ Jack R. Pirozzolo<br>Jack R. Pirozzolo, BBO# 400400<br>Richard L. Binder, BBO# 043240<br>James J. Nicklaus, BBO# 564806<br>Willcox, Pirozzolo & McCarthy<br>Professional Corporation<br>50 Federal Street<br>Boston, Massachusetts  02110<br>(617) 482-5470 |