UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE BLACK & DECKER CORPORATION, )<br>BLACK & DECKER, INC., BLACK & DECKER )<br>(U.S.) INC., EMHART CORPORATION, and )<br>EMHART INDUSTRIES, INC., )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 96-10804-DPW<br>NO. 1:04-CV-10673-DPW<br>(New York City Landfill Sites) |

**AFFIDAVIT OF JAMES J. NICKLAUS IN SUPPORT OF
BLACK & DECKER'S RENEWED MOTION FOR PARTIAL SUMMARY
JUDGMENT REGARDING THE NEW YORK CITY LANDFILL SITES**

James J. Nicklaus deposes and says:

1. I am a member of the bar of this Commonwealth and am an attorney with Willcox, Pirozzolo & McCarthy, Professional Corporation, counsel for The Black & Decker Corporation, et als., in this action.

2. Exhibit A to the Appendix to Black & Decker's Supplemental Memorandum in Support of its Motion for Partial Summary Judgment Regarding the New York City Landfill Sites, filed herewith ("Appendix"), is a copy of the Amended Complaint in City of New York v. Exxon Corp., et al., United States District Court for the Southern District of New York, Case No.85 Civ. 1939 (EW).

3. Exhibit B to the Appendix is a copy of a Third Party Summons and the Amended First Third Party Complaint in City of New York v. Exxon Corp., et al., United States District Court for the Southern District of New York, Case No.85 Civ. 1939 (EW).

4. Exhibit C to the Appendix is a copy of the Complaint in <u>City of New York v. Agway, Inc., et al.</u>, United States District Court for the Southern District of New York, Case No.92 Civ. 5649.

5. Exhibit D to the Appendix is a copy of a Judgment on Consent in <u>City of New York v. Agway, Inc., et al.</u>, United States District Court for the Southern District of New York, Case No.92 Civ. 5649.

6. Exhibit E to the Appendix is a copy of a letter dated September 11, 1992 from Michael G. Sterthous of Beveridge & Diamond to Peter Lehrer of the New York City Law Department.

7. Exhibit F to the Appendix is a copy of a letter dated September 11, 1992 from Michael G. Sterthous of Beveridge & Diamond to Nancy Stearns of the New York State Department of Law.

8. Exhibit G to the Appendix is a copy of a letter dated September 8, 1986 from Judith Harrold of Corroon & Black Co. to Carl Brigada of Liberty Mutual Insurance Company.

9. Exhibit H to the Appendix is a copy of a letter dated November 24, 1986 from Joseph J. Letta of Liberty Mutual Insurance Company to Judith Harrold of Corroon & Black Co.

10. Exhibit I to the Appendix is a copy of a letter dated May 30, 1989 from David Bogan of Liberty Mutual Insurance Company to George S. Goodridge of Emhart Corporation.

11. Exhibit J to the Appendix contains copies of excerpts from the Submission of Liberty Mutual Insurance Company with Respect to its Position on Defendants' Claims for Coverage dated September 6, 1996.

- 3 -

12.   Exhibit K to the Appendix contains copies of excerpts from a document entitled Health/Environmental Impact Assessment of the New York City Landfills, dated June 23, 1982, by the New York State Department of Environmental Conservation.

13.   Exhibit L to the Appendix contains excerpts from the deposition transcript from the Confidential Deposition of Russel W. Mahler, Sr. on July 29, 2004.

14.   Documents contained in the Appendix do not always contain the enclosures referred to in the document.

15.   Documents containing production numbers with the prefix "LM" were produced in discovery in this action by Liberty Mutual, and documents containing production numbers with the prefix "BD" or "BEVD" were produced in discovery in this action by Black & Decker.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 10, 2004.

/s/ James J. Nicklaus<br>
James J. Nicklaus