UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,       )<br>      )<br>Plaintiff,      )<br>      )<br>v.      )<br>      )<br>THE BLACK & DECKER CORPORATION,      )<br>BLACK & DECKER, INC., BLACK & DECKER      )<br>(U.S.) INC., EMHART CORPORATION, and      )<br>EMHART INDUSTRIES, INC.,      )<br>      )<br>Defendants.      )<br>      ) | CIVIL ACTION<br>NO. 96-10804-DPW<br>NO. 1:04-CV-10673-DPW<br>   (New York City Landfill Sites) |

**NOTICE OF FILING WITH CLERK'S OFFICE**
**REGARDING THE NEW YORK CITY LANDFILL SITES**

Notice is hereby given that the following documents have been manually filed under seal with the Court and are available in paper form only.

- Black & Decker's Memorandum In Opposition To Liberty Mutual Insurance Company's Supplemental Motion For Summary Judgment With Respect To The New York City Landfills

- Affidavit Of James J. Nicklaus In Opposition To Liberty Mutual Insurance Company's Supplemental Motion For Summary Judgment With Respect To The New York City Landfills

The original documents are maintained in the case file in the Clerk's Office.

Dated: December 9, 2004
/s/ Jack R. Pirozzolo
Jack R. Pirozzolo, BBO# 400400
Richard L. Binder, BBO# 043240
James J. Nicklaus, BBO# 564806
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts  02110
(617) 482-5470