UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE BLACK & DECKER CORPORATION, )<br>BLACK & DECKER, INC., BLACK & DECKER )<br>(U.S.) INC., EMHART CORPORATION, and )<br>EMHART INDUSTRIES, INC., )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 96-10804-DPW<br>NO. 1:04-CV-10673-DPW<br>   (New York City Landfill Sites) |

**NOTICE OF FILING WITH CLERK'S OFFICE
REGARDING THE NEW YORK CITY LANDFILL SITES**

Notice is hereby given that the following documents have been manually filed under seal with the Court and are available in paper form only.

- Reply Memorandum in Support of Black & Decker's Motion for Partial Summary Judgment Regarding the New York City Landfill Sites; and

- Affidavit of Richard L. Binder.

The original documents are maintained in the case file in the Clerk's Office.

Dated: December 20, 2004                /s/ Jack R. Pirozzolo
                                        Jack R. Pirozzolo, BBO# 400400
                                        Richard L. Binder, BBO# 043240
                                        James J. Nicklaus, BBO# 564806
                                        Willcox, Pirozzolo & McCarthy
                                        Professional Corporation
                                        50 Federal Street
                                        Boston, Massachusetts  02110
                                        (617) 482-5470